UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 07-00614 SJO | Date | July 22, 2008 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | None |

| Victor Cruz | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant: | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Deon Andre Charles | | No | | Pro Se | | No | |

**Proceedings:**   **IN CHAMBERS**

ORDER DENYING DEFENDANT'S "MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(C)(2) AND U.S.S.G. § 1B1.10"
[Docket No. 40]

      This matter is before the Court on Defendant Deon Andre Charles' "Motion for Reduction of Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10," filed May 6, 2008. The Government filed an Opposition, to which Charles replied.

      18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines § 1B1.10 authorize the Court to apply sentencing guideline amendments retroactively to defendants sentenced before the amendment. On November 1, 2007, the United States Sentencing Commission lowered the base offense levels for offenses related to crack cocaine. Charles asks the Court to reduce his sentence by applying this amendment.

      However, this Court in fact applied the recent amendment at Charles' sentencing, which took place three months after the amendment became effective. (Order of Feb. 11, 2008 ("[The Court will] apply the crack-cocaine amendment.").)

      In his Reply, Charles argues without analysis that he deserves a reduction under "Amendment 599." However, this amendment took effect November 1, 2000, well before Charles was sentenced. Therefore, there is no "sentencing range that has subsequently been lowered" to apply retroactively. *See* 18 U.S.C. § 3582; *see also* U.S. Sentencing Guidelines Manual § 1B1.10.

      Accordingly, Charles' Motion is DENIED.

      IT IS SO ORDERED.

                                                                                                                                                      :

                                                              Initials of Deputy Clerk   vpc

cc: